# CASEY & BARNETT, LLC
## ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

*mfc@caseybarnett.com*
*Direct: 646-362-8919*

*Telephone: (212) 286-0225*
*Facsimile: (212) 286-0261*
*Web: www.caseybarnett.com*

*NEW JERSEY OFFICE*
*Casey & Barnett, LLP*
*PO Box 235*
*Fanwood, NJ 07023*

October 17, 2023

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***Carl Schroeter GmbH & Co KG v. Evergreen Marine Corp et al***
23-cv-8726-AS
Our Ref: 519-34

Dear Honorable Judge Subramanian:

We represent the plaintiff in this matter. We write to request that the initial Rule 16 Conference scheduled for 1:30 p.m. on October 25, 2023, be rescheduled to another date convenient for the Court. The reason for the request is that the undersigned will be out of the country the week of October 23, 2023. Counsel for defendant has no objection to this request.

In regard to a future date for the conference, please note that plaintiff counsel is also not available November 2-3, 2023, November 8-9, 2023 and the week of November 13, 2023.

Respectfully submitted,
**CASEY & BARNETT, LLC**

*Martin Casey*
Martin F. Casey

cc:   Edward Keane       via email
      Garth Wolfson      via email

The request for an adjournment is granted. The IPTC current set for October 25, 2023, is hereby adjourned to November 6, 2023, at 10 AM.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 18, 2023