UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARL SCHROETER GMBH & CO. KG, *as subrogor* of Zhejiang Oheng Import and Export Co., Ltd.,

                     Plaintiff,

-against-

EVERGREEN MARINE CORP. (SINGAPORE) PTE. LTD., *d/b/a* Evergreen Line,

                     Defendant.

23-CV-8726 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    The initial pretrial conference scheduled for November 7, 2023, at 12:00 PM is hereby CANCELED. The Court will enter the case management plan by separate order. The parties should proceed with discovery and be sure to follow the Court's Individual Practices if any disputes arise.

    SO ORDERED.

Dated: November 3, 2023
       New York, New York

                                                    _____
                                                       ARUN SUBRAMANIAN
                                                     United States District Judge